# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-76-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| JORDAN ALEXANDER WERK, | |
| Defendant. | |

Pending before the Court is the motion of the United States to dismiss the indictment with prejudice.    For good cause shown,

IT IS ORDERED that the motion to dismiss in the indictment with prejudice is GRANTED.

DATED this 29th day of October, 2015.

_Brian Morris_

Brian Morris
United States District Court Judge

1